Daniel R. Barnhart, OSB No. 952062
dbarnhart@bullardlaw.com
Bullard Smith Jernstedt Wilson
200 SW Market Street, Suite 1900
Portland, OR 97201
503-248-1134/Telephone
503-224-8851/Facsimile

    Attorneys for Defendants

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| RUSSELL WRIGHT, an Oregon resident, | Case No. 12-CV-00078-AA |
| Plaintiff, | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SUNEDISON, LLC, a Delaware Corporation, and NVT, LLC, a Delaware Corporation, | |
| Defendants. | |

    The parties hereby stipulate to the dismissal of the above-entitled case, with prejudice, and without costs or attorney fees to any party.

    IT IS SO STIPULATED this 3 day of May, 2012.

BULLARD SMITH JERNSTEDT WILSON

By _____
Daniel R. Barnhart. OSB #952062
Attorneys for Defendants

JJH LAW, P.C.

By _____
Joseph J. Haddad, OSB #002696
Attorneys for Plaintiff

Page 1   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

5051/2 00367335 V 1

JUDGMENT OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED AND ADJUDGED that all claims between the parties be dismissed with prejudice and without costs or attorney fees to any party based on the foregoing stipulation.

DATED this 4 day of May, 2012.

*[signature]*
Honorable Ann L. Aiken
Chief U.S. District Court Judge

Page 2    STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

5051/2 00367335 V 1